UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.45.88.195,<br><br>                Defendant. | Civil Action No. 2:18-cv-06809-DRH-SIL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.45.88.195. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019            Respectfully submitted,

                                           By:   /s/ *Jacqueline M. James*
                                                        Jacqueline M. James, Esq. (#1845)
                                                        The James Law Firm, PLLC
                                                         445 Hamilton Avenue, Suite 1102
                                                         White Plains, New York 10601
                                                          T: 914-358-6423
                                                          F: 914-358-6424
                                                          E-mail: jjames@jacquelinejameslaw.com
                                                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq.